IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

**RANDY COOPER,**

    Plaintiff,

v.                               Case No. 2:09-cv-00170

**JIM RUBENSTEIN, Commissioner,**
**West Virginia Division of Corrections,**
**DAVID BALLARD, Warden, Mount Olive**
**Correctional Complex, and**
**JOSEPH CAVELLI, SAT, Mount Olive**
**Correctional Complex,**

    Defendant.

### JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order, the court **ORDERS** that judgment be entered in favor of the defendants and that this case be dismissed and stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to Plaintiff.

ENTER:     April 15, 2009

                                          _____
                                          Joseph R. Goodwin, Chief Judge